IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ARTHUR S. CRACHA and | : | CHAPTER 13 |
| CATHERINE M. CRACHA, | : | |
| Debtors | : | Bankruptcy Case No. 07-12940 (BIF) |

**STIPULATION AND CONSENT ORDER**

This Stipulation and Order between the United States Trustee for Region 3 (the "US Trustee") and Stephen G. Doherty, Esquire ("Counsel"), is entered into as follows:

WHEREAS, the US Trustee filed a Motion for the Imposition of Sanctions Against Debtor's Counsel For Violation of Fed. R. of Bankr. P. 9011(b) (the "Motion"); and

WHEREAS, Counsel filed an Answer in response to the Motion; and

WHEREAS, the parties held numerous settlement discussions; and

WHEREAS, the parties participated in a hearing before the Court on October 15, 2007;

NOW, THEREFORE, the foregoing being incorporated herein by reference as if set forth below, the US Trustee and Counsel agree to the following imposition of sanctions in full satisfaction of the Motion:

1. Counsel shall pay to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania $6,000, payable as follows:

(a) $3,000 to be paid within ten (10) days of this Stipulation and Order being approved by the Court and being entered onto the Docket for this proceeding; and

(b) $3,000 to be paid within sixty (60) days of this Stipulation and Order being approved by the Court and entered onto the Docket for this proceeding.

45

2. Counsel shall certify to the United States Trustee that the payments as defined in Paragraph 1, supra, were made.

3. Counsel agrees to conduct a PACER search on all potential bankruptcy clients in order to ascertain all prior bankruptcy filings and the existence, if any, of any orders barring the filing of a petition for bankruptcy relief under any chapter of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"). Should Counsel discover a bar order during his PACER search, Counsel agrees to comply with said bar order.

4. Counsel agrees that going forward from the date the Court approves this Order any title company that he or his law firm has an ownership interest in shall not issue a title commitment or policy or serve as closing agent for any real estate owned by a current or former bankruptcy client of Counsel.

Dated: October 19, 2007

KELLY BEAUDIN STAPLETON
United States Trustee for Region 3

By *__/s/ Kevin P. Callahan__*
Kevin P. Callahan
Trial Attorney
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107
Telephone: (215) 597-4411
Facsimile: (215) 597-5795

Dated: October 19, 2007

STEVENS & LEE, P.C.

By *__/s/ Marnie E. Simon__*
Marnie E. Simon
1818 Market Street, 29th Floor
Philadelphia, Pennsylvania 19103
(215) 751-2885

Attorneys for Counsel, Stephen G. Doherty, Esq.

SO ORDERED:

______________________________
The Honorable Bruce I. Fox,
United States Bankruptcy Judge

October ____, 2007